## Alexander J. Thomson, Plaintiff in Error, v. T. Suranoski, Defendant in Error.

### Gen. No. 20,404.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded. Opinion filed June 17, 1915.

### Statement of the Case.

Action by Alexander Thomson against T. Suranoski upon a promissory note signed by the latter, payable to the order of the South Chicago Business College, which note was indorsed, without recourse, to the order of J. J. Moser, and by Moser to the order of the plaintiff. From a judgment for defendant, plaintiff appeals.

J. J. MOSER, for plaintiff in error.

FRANK FOSTER, for defendant in error.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 56*—*what not a defense.* The mere fact that a person who gives a note to a college for tuition for his son, whenever his son shall attend the college, changes his mind does not constitute a defense to the note even though it is in the hands of an indorsee who is not a bona fide holder for value.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.